**Order filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00127-CV

_____

## IN RE ROBERT M. SPRAGUE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-48988**

---

## ABATEMENT ORDER

On February 11, 2014, relator, Robert M. Sprague, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221. In the petition, relator complained of a number of pretrial evidentiary rulings issued by The Honorable Judy Warne, Judge of the 257th District Court, Harris County, Texas, in trial court cause number 2005-48999, styled *In the Matter of the Marriage of R.M.*

*Sprague and D.L. Sprague*.

This court requested a response to the petition from real party in interest to be filed on or before February 18, 2014. On February 18, 2014, the parties in the underlying case filed a joint motion to suspend this court's deadline for filing a response to the petition because they are attempting to settle the case. The joint motion to suspend is **GRANTED**. The relator and the real party in interest did not suggest a new deadline for filing the response in the event a settlement is not reached. Accordingly, we issue the following order.

The original proceeding is abated for a period of thirty days from the date of this order, at which time the relator and the real party in interest are directed to advise the court of the status of the settlement. The original proceeding is treated as a closed case, and removed from this court's active docket. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. This court also will consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Wise.